USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/14/2019 __

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FRANCISCO BASURTO,

                        Plaintiff,                    18-CV-09393 (SN)

        -against-                            **ORDER**

CHONG QING XIAO MIAN INC., et al.,

                        Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff brings claims under the Fair Labor Standards Act and the New York Labor Law. ECF No. 1. On May 10, 2019, the parties filed a proposed settlement agreement for the Court's review. ECF No. 20. Having reviewed the parties' submission, the Court finds that the proposed agreement is fair and reasonable in accordance with <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement agreement is APPROVED, and this action is DISMISSED with prejudice.

SO ORDERED.

                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:       May 14, 2019
                 New York, New York